■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR H. ROMERO, Appellant. [918 NYS2d 730]—

The record demonstrates that the defendant's plea of guilty was entered knowingly, intelligently, and voluntarily (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Harris*, 61 NY2d 9, 17 [1983]). Contrary to the defendant's contention, his plea was not rendered invalid by the County Court's failure to advise him of the possible immigration consequences of his plea (*see* CPL 220.50 [7]; *People v Ford*, 86 NY2d 397, 403 [1995]; *People v Sanchez-Martinez*, 35 AD3d 632, 633 [2006]; *cf. Padilla v Kentucky*, 559 US —, 130 S Ct 1473 [2010]).

The defendant's contention that he was deprived of the effective assistance of counsel rests mainly on matter dehors the record, which cannot be reviewed on direct appeal (*see People v Griffith*, 78 AD3d 1194, 1196 [2010]; *People v Wiedmer*, 71 AD3d 1067 [2010]; *People v Alexander*, 62 AD3d 719, 720 [2009]). To the extent this contention is reviewable on the record before us, we find that counsel provided the defendant with meaningful representation (*see People v Brooks*, 36 AD3d 929, 930 [2007]; *People v Grimes*, 35 AD3d 882, 883 [2006]). Covello, J.P., Belen, Hall and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT RUGATO, Appellant. [919 NYS2d 458]—

No opinion. Prudenti, P.J., Mastro, Florio, Leventhal and Austin, JJ., concur.